

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  JASON M. FRIERSON
   Acting United States Attorney
2  Nevada Bar No. 7709
   CHRISTOPHER BURTON
3  Assistant United States Attorney
   Nevada Bar No. 12940
4  District of Nevada
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336 / Fax: (702) 388-5087
6  Christopher.Burton4@usdoj.gov
   *Representing the United States of America*

7
                        UNITED STATES DISTRICT COURT
8                            DISTRICT OF NEVADA

9  IN THE MATTER OF THE SEARCH OF:   Case No. 2:18-mj-148-CWH

10 3663 East Sunset Road, Suite 102    **Government's Motion to Unseal**
   and Suite 201, Las Vegas, NV 89120  **Case**

11
                                       **Under Seal**
12

13 **CERTIFICATION: This Motion is timely filed.**

14     COMES NOW the United States of America, by and through its attorneys, JASON

15 M. FRIERSON, United States Attorney, and Christopher Burton, Assistant United States

16 Attorney, and respectfully moves this Court for an Order to UNSEAL the instant case and

17 all associated filings and materials. Specifically, the undersigned requests to unseal the

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

Search Warrant filed under the instant case and all related documents in anticipation of producing the same as discovery in Case No. 2:22-cr-00190-APG-NJK.

**DATED** this 19th day of September, 2022.

                                        Respectfully,

                                        JASON M. FRIERSON
                                        United States Attorney

                                        */ s / Christopher Burton*
                                        _____
                                        CHRISTOPHER BURTON
                                        Assistant United States Attorney

1  JASON M. FRIERSON
   Acting United States Attorney
2  Nevada Bar No. 7709
   CHRISTOPHER BURTON
3  Assistant United States Attorney
   Nevada Bar No. 12940
4  District of Nevada
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336 / Fax: (702) 388-5087
6  Christopher.Burton4@usdoj.gov
   *Representing the United States of America*

7
                   UNITED STATES DISTRICT COURT
8                       DISTRICT OF NEVADA

9  IN THE MATTER OF THE SEARCH OF:    Case No. 2:18-mj-0148-CWH

10 3663 East Sunset Road, Suite 102 and   **Order to Unseal Case**
   Suite 201, Las Vegas, NV 89120

11

12

13         Based on the Motion of the Government, and good cause appearing therefore, IT IS

14 HEREBY ORDERED that the instant case shall be unsealed.

15         **DATED** this ___19th___ day of September, 2022.

16
                                        _____
17                                      DANIEL J. ALBREGTS
                                        U.S. Magistrate Judge
18

19

20

21

22

23

24

                                         3